# BRYAN HA

ATTORNEY AT LAW
799 BROADWAY, SUITE 336
NEW YORK, NEW YORK 10003
TELEPHONE: (212) 537-6971   MOBILE: (646) 245-7443   FACSIMILE: (212) 981-6800
E-MAIL: bhanyc@gmail.com

May 15, 2010

**VIA ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Cement and Concrete Workers v. Metro Foundation Contractors
Case No. 08-CV-4563 (FB) (MDG)

Dear Judge Gold:

I represent Defendant Metro Foundation Contractors, Inc. in the above-referenced matter. I write to respectfully that the conference currently scheduled for May 19, 2010, at 10:00 a.m., be adjourned to May 26, 2010, at 10:00 a.m. I am making this request because I am currently still engaged in the trial in Tennessee, which is expected to conclude this week. Plaintiff's counsel has graciously consented to this request and is available for the conference on May 26, 2010.

Also, I would inform the Court that I have consulted with my client about a possible settlement of this matter and he has come up with a proposal which I will be presenting to plaintiff's counsel this week. It is my client's hope that this matter can be resolved without any further litigation.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Bryan Ha

cc: Joseph Kaming, Esq. (via ECF)